AUSEY H. ROBNETT, ISB #3218
GREGG R. SMITH, WSBA 15553 *PRO HAC VICE*
JERRY K. BOYD, ISB # 1341
TREVOR B. FRANK, ISB # 9071
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, ID 83816
Telephone: (208) 664-8115
            (509)-455-6000
Facsimile: (208) 664-6338
gregg.smith@painehamblen.com
ausey.robnett@painehamblen.com
jerry.boyd@painehamblen.com
trevor.frank@painehamblen.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. ISIDORE FARM LLC, an Idaho limited liability company; and GOBERS, LLC, a Washington limited liability company, ) ) ) ) ) | Case No. CV-13-00274-EJL |
| Plaintiffs, ) ) | **DECLARATION OF GREGG R. SMITH** |
| vs. ) ) ) | |
| COEUR D'ALENE TRIBE OF INDIANS, a federally-recognized Indian tribe, JOHN DOES 1-10, each of which are Members of the Coeur D'Alene Tribe of Indians ) ) ) ) ) ) | |
| Defendants. | |

I, GREGG R. SMITH, on behalf of myself and of the Paine Hamblen LLP law firm do depose on oath and testify as follows:

1.      I am a duly admitted *Pro Hac Vice* counsel along with local counsel Ausey H. Robnett, a member in good standing of the U.S. District Court for the District of Idaho.

2.      This declaration is freely given in support of the pending Motion for Withdrawal as attorney representing Gobers, LLC, and St. Isidore Farm, LLC, in the herein captioned lawsuit. This withdrawal shall include your declarant and all other Paine Hamblen LLP attorneys.

3.      The only pending matter before the United States District Court for the District of Idaho is a pending motion to stay the Tribal Court proceedings. Docket No. 65. This Motion is awaiting a ruling from the Court. All previously issued discovery requests have been answered in a timely manner and there are no supplemental responses to said discovery requests that are presently known or pending.

4.      The Motion for Withdrawal as the attorney for Gobers, LLC and St. Isidore Farm, LLC is necessitated by an irreconcilable conflict of interest between the various defendants and your declarant and his law firm.

5.      The Manager Member of Gobers, LLC and St. Isidore Farm, LLC was informed in writing by means of a letter dated October 14, 2013 that a Motion for

Withdrawal of Attorneys would be filed in the following Courts on or after November 15, 2013: Coeur d'Alene Tribal Courts; United States District Court for the District of Idaho; the Ninth Circuit Court of Appeals.

6.      It was hoped and anticipated that there would be a duly qualified substitution of counsel that would have taken place prior to the filing of this instant Motion for Withdrawal as legal counsel. Within the aforementioned letter dated October 14, 2013, your declarant recommended in writing the name of an attorney, as well as providing a copy of that attorney's curriculum vitae who could be contacted with regard to serving as substitute legal counsel for Gobers, LLC and/or St. Isidore Farm, LLC.

7.      Furthermore, your declarant met in person with the Managing Member of Gobers, LLC and St. Isidore Farm, LLC, on November 8, 2013, along with another partner in the law firm of Paine Hamblen LLP for the purpose of discussing the status of this case not only as it relates to the Coeur d'Alene Tribal Court, but the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals, the conflicts of interests that have arisen, and all other related matters that would anyway bear upon the instant lawsuit.

8.      Both Gobers, LLC and St. Isidore Farm, LLC have been informed that companies must be represented by legal counsel and are not generally permitted to proceed *pro se*.

DECLARATION OF GREGG R. SMITH - 3

9.     The business address for St. Isidore Farm, LLC and Gobers, LLC is 11215 E. Trent Avenue, Spokane, Washington 99206. The Registered Agent for both for both Gobers, LLC and St. Isidore Farm, LLC is Mr. Ben Johnson, with a business address of 11215 East Trent, Spokane, Washington 99206.


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Signed in Spokane, Washington this 20th day of November, 2013.


_____*/s/ Gregg R. Smith*_____
Gregg R. Smith

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 20th day of November 2013,

1.      I electronically filed with the Clerk of the Court using the CM/ECF System, which caused this **DECLARATION OF GREGG R. SMITH** to be delivered by electronic mail to Everett B. Coulter, Jr at ecoulter@ecl-law.com.

2.      I hereby certify that I have mailed by United States Postal Service and by electronic mail the document to the following non-CM/ECF participant(s) at the addresses listed below:


**Mr. Ben Johnson**
Registered Agent for Gobers, LLC
11215 E. Trent Avenue
Spokane, Washington 99206
atrustedname@aol.com

**Mr. Ben Johnson**
Registered Agent for St. Isidore Farm,
LLC
11215 E. Trent Avenue
Spokane, Washington 99206
atrustedname@aol.com


                                        */s/Gregg R. Smith*